**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7913**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TORRENCE DEVON APPLEWHITE,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. Louise W. Flanagan, District Judge. (4:08-cr-00058-FL-1)

Submitted: February 25, 2016          Decided:  March 2, 2016

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Torrence Devon Applewhite, Appellant Pro Se. William Glenn Perry, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Torrence Devon Applewhite appeals the district court's orders denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012) and his motion for reconsideration. We have reviewed the record and find no reversible error. The district court lacked authority to reduce Applewhite's sentence below the statutory mandatory minimum. Melendez v. United States, 518 U.S. 120, 126-27 (1996); United States v. Allen, 450 F.3d 565, 568-70 (4th Cir. 2006). Further, the district court was without authority to rule on Applewhite's motion for reconsideration. United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010).

Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED